UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. CR04-495 RHK/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARWIN LEE LUSSIER, )<br>)<br>Defendant. ) | ORDER GRANTING EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS AND POSITION PLEADINGS |

The defendant, Darwin Lee Lussier, by and through his attorney, Kevin C. Cornwell, has informally moved the Court for an Order granting an extension of time to file written objections to the Presentence Investigation and to file position pleadings. The Court has been advised that Assistant United States Attorney Richard A. Newberry, Jr. is in agreement with the defendant's request for this extension of time. As such, the Court enters the following:

**ORDER**

1. Written correspondence identifying objections and proposed amendments to the presentence report, or correspondence adopting the findings of the report, are due in the U.S. Probation Office and office of opposing counsel on or before September 23, 2005; and

2. Position pleadings, if required, are to be filed with the Clerk of U.S. District Court and served on the U.S. Probation Office and office of opposing counsel on or before September 30, 2005.

Dated: 8/19/05

Honorable Richard H. Kyle
United States District Court Judge

1