UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-495 (RHK/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v.  ) | FINAL ORDER OF FORFEITURE |
| ) | |
| DARWIN LEE LUSSIER,  ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on March 7, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States one Browning 12 gauge, Model BPS, short-barreled shotgun, serial number 06392NT152, pursuant to Title 26, United States Code, Section 5872, in conjunction with Title 28, United States Code, Section 2461(c). WHEREAS, on March 19, March 26, and April 2, 2005, the plaintiff published notice of the forfeiture of the Browning 12 gauge, Model BPS, short-barreled shotgun, serial number 06392NT152, in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the firearm in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the Browning 12 gauge, Model BPS, short-barreled shotgun, serial number 06392NT152 is hereby forfeited to and vested in the United States of America; and

2. the Browning 12 gauge, Model BPS, short-barreled shotgun shall be disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 12/05/05                 s/Richard H. Kyle
                                RICHARD H. KYLE, Judge
                                United States District Court